IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIVINGSTON WILLS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV180** |
| v. | ) | |
| | ) | **ORDER** |
| **GREYHOUND LINES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on June 26, 2008 by counsel for the plaintiff and the defendant,

**IT IS ORDERED that:**

1. **On or before July 18, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The plaintiff's objection (Filing No. 16) to the report and recommendation (Filing No. 15) is withdrawn upon request of the plaintiff.

DATED this 26th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge