IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIVINGSTON WILLS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV180 |
| | ) | |
| v. | ) | |
| | ) | |
| GREYHOUND LINES, INC., a coporation, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the parties' joint stipulation for dismissal with prejudice (Filing No 19). The Court, being fully advised in the premises, finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1). Accordingly,

IT IS ORDERED:

1. The joint stipulation for dismissal (Filing No. 19) is approved;

2. The pending motion to remand (Filing No. 10) is denied as moot and the Report and Recommendation of the Magistrate Judge (Filing 15) is termed;

3. The complaint (Filing No. 1) is hereby dismissed with prejudice; and

4. The parties will pay their own costs and attorney fees.

DATED this 18th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge